## Cleveland, Cincinnati, Chicago & St. Louis Railway Company v. James K. Storm, Administrator.

1. REVERSAL PRO FORMA—*when will be ordered.* Where the questions involved are important, a failure of the appellee to file briefs, as required by rule of court, will justify a reversal *pro forma.*

Action on the case for death caused by alleged wrongful act. Appeal from the Circuit Court of Shelby County; the Hon. S. L. DWIGHT, Judge, presiding. Heard in this court at the November term, 1905. Reversed and remanded. Opinion filed June 8, 1906.

GEORGE F. McNULTY, W. C. KELLEY, and JETT & KINDER, for appellant.

RICHARDSON & WHITAKER, for appellee.

PER CURIAM. This is a suit by appellee against appellant to recover damages for wrongfully causing the death of appellee's intestate.

Appellant has filed abstracts of the record, and its briefs, in compliance with the rules of this court, but appellee has failed to file his briefs.

The importance of the questions involved justifies us in refusing to decide the case upon its merits without the aid of briefs on behalf of appellee, and in pursuance of rule 28 of this court the judgment of the Circuit Court will be reversed *pro forma,* and the cause remanded.

*Reversed and remanded.*